JS-6

cc: Fiscal

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AVIS COPELIN,<br><br>    Plaintiff,<br><br>v.<br><br>ATHENE ANNUITY AND LIFE COMPANY et al.,<br><br>    Defendants. | Case No. 2:25-cv-00832-SB-JPR<br><br>FINAL JUDGMENT |

    For the reasons stated in the Court's order dismissing representative claims, entered June 20, 2025 (Dkt. No 82), and the separate order of dismissal entered this day, it is ordered and adjudged that (1) Plaintiff Avis Copelin's individual claims against Defendant Athene Annuity Company are dismissed with prejudice; (2) the representative claims brought on behalf of Terry Gordon against Defendant Athene Annuity Company are dismissed without prejudice; and (3) Defendant Athene Annuity and Life Company's counterclaims and interpleader claims are dismissed without prejudice.

    This is a final judgment.


Date: August 26, 2025

                                    Stanley Blumenfeld, Jr.
                                    United States District Judge